UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br>Plaintiff,<br>v.<br>OLYMPIAN DUMPSTER SERVICE LLC et al.,<br>Defendants. | Case No. 8:26-cv-02394-SB-JDE<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

Plaintiff filed its complaint against Defendants Olympian Dumpster Service LLC, M.C. Fence and Deck LLC, and Michael Colwell on August 25, 2026. On September 19, 2026, Plaintiff served each Defendant. *See* Dkt. Nos. 10, 11, 12. Defendants have failed to timely respond, and Plaintiff has not sought entry of default against Defendants. Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than October 30, 2026, why its claims should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; C.D. Cal. L.R. 7-15.

The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before October 30, 2026, of an application for entry of default under Federal Rule of Civil Procedure 55(a). The filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: October 20, 2026

Stanley Blumenfeld, Jr.
United States District Judge